IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT IBATA, ANNETTE IBATA,** )<br>**on their own behalf and as parents** )<br>**and next friends of AUDREY IBATA,** )<br>)<br>　　　　Plaintiffs, )<br>)<br>v.　　　　　　　　　　　　　　　　　) <br>)<br>**ROBERT JACKSTADT, EDWARD** )<br>**HIGHTOWER, BOARD of EDUCATION** )<br>**of EDWARDSVILLE COMMUNITY** )<br>**UNIT SCHOOL DISTRICT #7,** )<br>**REBECCA KOLDA, MERRY RHOADES,** )<br>**and LAURA SINARS,** )<br>)<br>　　　　Defendants. ) | Civil No. **06-173-GPM** |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

Plaintiffs identified themselves in their complaint and amended complaint using the initial "I" instead of their last name. While such nomenclature may be the convention in school board proceedings, it is not the norm in this Court. Judicial proceedings are generally open to the public. "The use of fictitious names is disfavored, and the judge has an independent duty to determine whether exceptional circumstances justify such a departure from the normal method of proceeding in federal courts." ***Doe v. Blue Cross & Blue Shield United of Wisconsin***, **112 F.3d 869, 872 (7th Cir. 1997).**

Plaintiffs' full last name appears at several places in the record. See, for example, the exhibits attached to the amended complaint. Because plaintiffs listed their full last name on the

Civil Cover Sheet, the Clerk of Court has opened this file under the name "Ibata." There does not appear to be any reason to use a fictitious name here.

**The Court hereby orders that all pleadings in this case shall bear the full caption as set forth above.**

**IT IS SO ORDERED.**

**DATE: July 6, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**